UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| SONDRA LEE LANE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV614-123 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Sondra Lee Lane filed this social security appeal on November 25, 2014, doc. 1, and this Court granted her leave to proceed *in forma pauperis* (IFP) on December 1, 2014. Doc. 3. Upon her failure to effect service on the defendant within Fed. R. Civ. P. 4(m)'s 120-day limit (i.e., by March 31, 2015), the Court directed her to show cause why this case should not be dismissed on Rule 4(m) grounds. Doc. 6. Upon showing of good cause (her attorney misunderstood service procedures in IFP cases), doc. 7., the Court **GRANTS** plaintiff thirty days from the date this Order is served to comply with Rule 4(m).

**SO ORDERED** this  16th   day of April, 2015.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA